*FILED IN OPEN COURT ON 4-25-07*
*RPG*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    No. 07- 76m |
| | ) |
| AARON L. HURTT, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR STAY PENDING APPEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States

Attorney for the District of Delaware and Robert J. Prettyman,  Assistant United States Attorney for the

District of Delaware, moves that the Court stay its Order of release, pending the Government's appeal

to a Judge of the District Court for the District of Delaware.

Respectfully submitted,

COLM F. CONNOLLY
UNITED STATES ATTORNEY

BY: _____
Robert J. Prettyman
Assistant United States Attorney

Dated: __4/25/07__

**IT IS SO ORDERED** this ___25th___ day of __April,__ 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge