IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) )  ) |
| v. | ) ) Criminal Action No. 07- 63 - UNA |
| AARON L. HURTT | ) ) |

**INDICTMENT**

REDACTED

The Grand Jury for the District of Delaware charges that:

**COUNT ONE**

On or about April 22, 2007, in the State and District of Delaware, AARON L. HURTT, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is .22 caliber Winchester rifle, Model number 1906, with the serial number 561985, after having been convicted on or about September 07, 2004, of a crime punishable by imprisonment for a term exceeding one year, in Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).



FILED
MAY 1 0 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Upon conviction of the offense alleged in Count 1 of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) a Winchester .22 caliber rifle, model number 1906, with the serial number 516985, and (1) one .22 caliber cartridge.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shawn E. Martyniak
Special Assistant United States Attorney

Dated: May 10, 2007