UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 07-63 JJF |
| **AARON L. HURTT,** | ) |
| Defendant. | ) |

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on MAY 17TH, 2007 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *July 10, 2007*. The time between the date of this order and *July 10, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____<br>
Honorable Mary Pat Thynge<br>
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
MAY 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE