## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07-63-JJF |
| Plaintiff, : | |
| v. : | |
| : | |
| AARON HURTT, : | |
| : | |
| Defendant. : | |

## MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn E. Martyniak, Special Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case. On July 10, 2007, Defendant filed a pre-trial motion seeking to suppress certain evidence and statements. Defendant also requested a hearing on his motion.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference to schedule a suppression hearing in this matter, briefing on Defendant's motion, and a trial in this matter. A proposed form of order is attached for the Court's convenience.

                                            Respectfully submitted,

                                            COLM F. CONNOLLY
                                            United States Attorney

                                        By:   /s/ Shawn Martyniak
                                              Shawn E. Martyniak (De. I.D. No. 4433)
                                              Special Assistant United States Attorney
                                              1007 Orange Street, Suite 700
                                              P.O. Box 2046
                                              Wilmington, Delaware 19899-2046

Dated: July 18, 2007.

## CERTIFICATE OF SERVICE

      I, Shawn E. Martyniak, hereby certify that on July 18, 2007, I caused the foregoing Motion for a Scheduling Conference to be served on the following counsel by electronic filing:

Edson A. Bostic  
Federal Public Defender's Office  
First Federal Plaza, Suite 110  
704 King Street  
Wilmington, DE 19801  
302-573-6010

                                            /s/ Shawn E. Martyniak  
                                          Shawn E. Martyniak (De. I.D. No. 4433)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07-63-JJF |
| Plaintiff, : | |
| v. : | |
| : | |
| AARON L. HURTT, : | |
| : | |
| Defendant. : | |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2007, that a scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
HONORABLE JOSEPH J. FARNAN
UNITED STATES DISTRICT JUDGE