## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-063-JJF |
| AARON L. HURTT, | : |
| Defendant. | : |

### NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Shawn E. Martyniak as attorney of record for the United States, and enter the appearance of Shawn A. Weede, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
UNITED STATES ATTORNEY

BY: _____/s/_____
Shawn A. Weede
Assistant United States Attorney

Dated: August 17, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-063-JJF |
| AARON L. HURTT, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Shawn A. Weede, Assistant United States Attorney for the District of Delaware, hereby certify that on the 17th day of August, 2007, I caused to be electronically filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF.

/s/
Shawn A. Weede
Assistant United States Attorney