

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building  (302) 573-6277
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

August 20, 2007

**VIA ELECTRONIC CASE FILING**

Ms. Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

RE:   Request For Permission To Have Laptop Computer in Courtroom 4B

Dear Ms. Krett:

We are scheduled to appear in a suppression hearing in Courtroom 4B on August 22, 2007 at 2:00 p.m. and request permission to bring a laptop and projector to Courtroom 4B to assist in the preparation and/or presentation during this proceeding. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Sincerely,

Shawn A. Weede
Assistant United States Attorney

cc: David Thomas, United States Marshal
    Keith Ash, Chief Court Security Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                              :
PERMISSION FOR COUNSEL TO                           :
POSSESS AND UTILIZE A LAPTOP                        :
COMPUTER DURING COURT                               :
PROCEEDINGS IN COURTROOM 4B                         :
OF THE J. CALEB BOGGS FEDERAL                       :
BUILDING                                            :

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, a laptop computer and projector screen for proceedings commencing and ending on August 22, 2007. Counsel shall comply with the inspection provisions of the United States Marshal.

Shawn A. Weede                          Cindy Kemske

Christopher Golden                      Anthony Anguti

_____              _____
DATE                                    JOSEPH J. FARNAN, JR.
                                        United States District Court Judge