IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                          :
PERMISSION FOR COUNSEL TO                       :
POSSESS AND UTILIZE A LAPTOP                    :
COMPUTER DURING COURT                           :
PROCEEDINGS IN COURTROOM 4B                     :
OF THE J. CALEB BOGGS FEDERAL                   :
BUILDING                                        :

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, a laptop computer and projector screen for proceedings commencing and ending on August 22, 2007. Counsel shall comply with the inspection provisions of the United States Marshal.

Shawn A. Weede                  Cindy Kemske

Christopher Golden              Anthony Anguti

August 21, 2007
DATE

JOSEPH J. FARNAN, JR.
United States District Court Judge