AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Delaware__

United States
v.
Aaron L. Hurtt

**EXHIBIT AND WITNESS LIST**

Case Number: 07cr63

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan | Shawn Weede | Edson Bostic |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| Hrg 8/22/07 | Carol Sain | Emily |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 8/22 | | | Thomas Ragonese, Wilmington Police Officer |
| 1 | | | | ✓ | Defendant's Criminal History (objection) overruled |
| 2 | | | | ✓ | Copy of Miranda card used by officer |
| | 1 | 8/22 | | ✓ | Notes given taken during questioning of Hurtt |
| | 2 | 8/22 | | ✓ | CD - video (no audio) of interrogation of Mr. Hurtt by police officer |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages