# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Luis A. Ortiz**
**Keir Bradford**
Assistant Federal Public Defenders

**Tieffa N. Harper**
Research & Writing Specialist

September 27, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

> Re:  *United States v. Aaron L. Hurtt*
> **Criminal Action No. 07-63-JJF**
> **Our File No. 2007-00170**

Dear Judge Farnan:

      Reference is made to the Suppression Hearing held in this case on August 22, 2007. This Court had given us an opportunity to file post-hearing briefs on the issues raised at the Suppression Hearing. This letter is to inform the Court that the defense will not be filing any post-hearing brief, because Mr. Hurtt has indicated that he seeks to enter a plea to the charges in the above-captioned matter. Additionally, Counsel has reviewed the applicable law and facts surrounding the Defendant's statement to the ATF Agent, and Counsel can find no basis to further challenge the legality of the statement.

      I have informed the Government of our position and, I am currently awaiting a Memorandum of Plea Agreement from the government. Once I have received it and reviewed it with Mr. Hurtt, we will inform the Court and request a date for a Change of Plea Hearing in this matter.

      Respectfully submitted,

_/s/_____
**EDSON A. BOSTIC**
Federal Public Defender

cc:  Shawn Weede, Assistant United States Attorney
     Aaron L. Hurtt, Defendant