IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-063 JJF |
| AARON L. HURTT, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court has been notified the Defendant has agreed to change his plea in the above-captioned matter;

NOW THEREFORE, IT IS ORDERED that:

1. A Rule 11 hearing will be held on **Friday, November 9, 2007 at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and November 9, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

October 26, 2007
DATE

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE

FILED
OCT 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE