

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building                        (302) 573-6277
1007 Orange Street, Suite 700           FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

February 25, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

      **Re:   United States v. Aaron L. Hurtt**
            **Criminal Action No.  07-63-JJF**

Dear Judge Farnan:

    In advance of the sentencing hearing scheduled for March 7, 2008, please find enclosed a CD containing the videotaped statement of Aaron Hurtt. This video, like that of Robert Cottman, was made in order to promote community awareness of Operation FED UP in and around the Wilmington area.

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

                BY:
                                              Shawn A. Weede
                                              Assistant United States Attorney

cc:    Jean M. Lubinsky, U.S. Probation
       Edson A. Bostic, Esq.